THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN LEVINE, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously

affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.